**Slip Op. 99-86**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
TRANSCOM, INC.,                         :
                                        :
                    Plaintiff,          :
                                        :
L & S BEARING COMPANY,                  :
                                        :
        Plaintiff-Intervenor,           :
                                        :
    v.                                  :   Court No. 97-01-00037
                                        :
UNITED STATES,                          :
                                        :
                    Defendant,          :
                                        :
THE TIMKEN COMPANY,                     :
                                        :
        Defendant-Intervenor.           :
_____:


**O R D E R**

In accordance with the decision (June 16, 1999) and mandate (Aug. 9, 1999) of the United States Court of Appeals for the Federal Circuit, Appeal No. 98-1401, it is hereby

**ORDERED** that the judgment and order of this Court in Transcom, Inc. v. United States, 22 CIT __, 5 F. Supp. 2d 984 (1998), is vacated; and it is further

**ORDERED** that this case is remanded to the United States Department of Commerce, International Trade Administration

("Commerce"), to refund to Transcom, Inc. antidumping duty deposits made in excess of the 2.96% "all others" rate established in the initial investigation on tapered roller bearings ("TRBs") that it obtained from unnamed exporters of TRBs from the People's Republic of China during the fourth, fifth and sixth administrative reviews of the antidumping duty order.

<br>

                                          _____

                                              NICHOLAS TSOUCALAS
                                                SENIOR JUDGE

<br>

Dated:     August 20, 1999
             New York, New York